UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 19 2018 ★

LONG ISLAND OFFICE

*******************************************

KATHY DREW KING, Regional Director of
Region 29 of the National Labor Relations Board,
for and on behalf of the NATIONAL LABOR
RELATIONS BOARD

           Petitioner

v.

THERMO FISHER SCIENTIFIC INC.

           Respondent

*******************************************

ORDER TO
SHOW CAUSE

18--CV-- 0399

    The Petition of Kathy Drew King, Regional Director of Region 29 of the National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, as amended, praying for an Order directing Respondent to show cause why a temporary injunction should not issue enjoining and restraining Respondent from engaging in certain acts and conduct in violation of the Act, as prayed for in said Petition, the Petition being verified, and to be supported by testimony and evidence, and good cause appearing therefor,

    **IT IS ORDERED** that Respondent appear before this Court at the United States Courthouse, Court Room No. 1040, 100 Federal Plaza, Central Islip, ~~225 Cadman Plaza East, Brooklyn~~, New York, the 9th day of Feb., 2018, at 1:00 p.m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matters involved pending before the National Labor Relations Board, Respondent, its officers, representatives, agents, servants, employees, attorneys, and all members and persons acting in

concert or participation with it, should not be enjoined and restrained as prayed in said Petition; and

**IT IS FURTHER ORDERED** that should Respondent file an answer to the allegations of said Petition, said answer shall be filed with the Clerk of this Court, and Respondent shall serve a copy thereof upon Petitioner at her office located at Two MetroTech Center, Suite 5100, Brooklyn, New York, on or before the 2nd day of Feb., 2018, by 5:00 p.m.; and

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause together with a copy of the Petition, be forthwith made by overnight delivery service upon Respondent in any manner provided in the Rules of Civil Procedure for the United States District Court, by electronic, facsimile transmission, or by certified mail, and that proof of such service be filed with the Court.

**ORDERED** on Jan. 19, 2018 Central Islip, at Brooklyn, New York.

BY THE COURT,

UNITED STATES DISTRICT JUDGE

2