# jackson lewis.

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

February 1, 2018

**VIA ECF**
Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re: King v. Thermo Fisher Scientific Inc.
         Case No. 18-cv-399 (JFB)(GRB)

Dear Judge Bianco:

  We represent Respondent Thermo Fisher Scientific Inc. in the above matter. I write with the consent of counsel for the Petitioner.

  Counsel for Petitioner and Respondent have been actively engaged in settlement discussions which we are hopeful will obviate the need for the hearing now scheduled for February 8. Based on our progress to date, with the Court's approval, the parties have agreed to extend Respondent's time to file in opposition to the Section 10(j) Petition to February 6, 2018 at 5pm. This will allow the parties to focus on finalizing an agreement which, hopefully, will provide for withdrawal of this 10(j) Petition.

  Thank you in advance for your anticipated cooperation. Of course, if the Court wishes, we are available for a telephone conference.

            Very truly yours,

            JACKSON LEWIS P.C.

            *Roger H. Briton*

            Roger H. Briton

RHB/eba
cc: ALL PARTIES OF RECORD (VIA ECF)
   Brady J. Francisco-FitzMaurice (via email (brady.francisco-fitzmaurice@nlrb.gov)

February 1, 2018
Page 2

# jackson|lewis.

bcc:    Jacquelyn G. White, Esq.
        Pat Egan, Esq.

4846-9905-2635, v. 1