UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| KATHY DREW KING, Regional Director of Region 29 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD | \* \* \* \* \* |
| Petitioner | \* |
| | \* |
| v. | \* |
| | \* |
| THERMO FISHER SCIENTIFIC INC. | \* |
| | \* |
| Respondent | \* |
| | \* |

18-CV-399 (JFB)(GRB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Kathy Drew King, the Regional Director of Region 29 of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, hereby gives notice that the above-captioned action against Respondent Thermo Fisher Scientific Inc. is voluntarily dismissed, without prejudice.

Dated at Brooklyn, New York, on February 13, 2018.

For Petitioner:

*/s/ Brady Francisco-FitzMaurice*
Brady Francisco-FitzMaurice
National Labor Relations Board, Region 29
Two MetroTech Center, Suite 5100
Brooklyn, New York  11201
(718) 765-6192

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| KATHY DREW KING, Regional Director of | \* | |
| Region 29 of the National Labor Relations Board, | \* | |
| for and on behalf of the NATIONAL LABOR | \* | |
| RELATIONS BOARD | \* | |
| | \* | |
| Petitioner | \* | 18-CV-399 (JFB)(GRB) |
| | \* | |
| v. | \* | |
| | \* | |
| THERMO FISHER SCIENTIFIC INC. | \* | |
| | \* | |
| Respondent | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date: February 13, 2018

<u>STATEMENT OF SERVICE OF: NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i).</u>

I, the undersigned employee of the National Labor Relations Board, hereby state, under penalty of perjury that, in accordance with Federal Rules of Civil Procedure § 5(b) and NLRB Rules & Regulations § 102.114(a), a copy of the foregoing was served on the below by e-mail on February 13, 2018.

Roger Briton, Esq.
BritonR@jacksonlewis.com

*/s/ Brady Francisco-FitzMaurice*
Brady Francisco-FitzMaurice
Counsel for Petitioner
National Labor Relations Board, Region 29
Two MetroTech Center, Suite 5100
Brooklyn, New York 11201